DAVID K. COMPTON***SBN: 264157
Attorney at Law
92 Corporate Park, Suite C-220
Irvine, California 92606
Telephone: 714.545.2455
Facsimile: 714.545.2449

Attorney for Assignee/Judgment Creditor:
JUDGMENT RECOVERY ASSISTANCE, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ROBERT VERNON HILL JR., | CASE NO: 6:25-bk-10653-MH<br><br>Chapter: 7<br><br>**REQUEST FOR COPY OF DEBTOR'S TAX RETURN UNDER 11 U.S.C. §521(e)(2)(A)(ii)**<br><br><u>341(a) Meeting of Creditors:</u><br>Date:     March 13, 2025<br>Time:    9:00 AM<br>Place:    Video Conference<br>Trustee: Lynda T. Bui (TR) |

TO: ROBERT VERNON HILL JR., HIS ATTORNEY AND ALL INTERESTED PARTIES:

Pursuant to 11 U.S.C. §521(e)(2)(A)(ii), Attorney for Assignee/Judgment Creditor/Party in Interest, Judgment Recovery Assistance, LLC, respectfully requests a copy of Debtor's Federal Income Tax Return required under applicable law (or at the election of Debtor, a transcript of such return) for the most recent tax year ending immediately before the commencement of this case and for which a Federal Income Tax Return was filed. Please deliver to: Judgment Recovery Assistance, LLC, 92 Corporate Park, Suite C-220, Irvine, CA 92606.

Dated: 02/10/2025

_____
David K. Compton, Attorney for
Judgment Recovery Assistance, LLC

-1-

DAVID K. COMPTON  215961
ATTORNEY AT LAW
92 CORPORATE PARK, SUITE C-220
Irvine, CA  92606
Telephone: 714.545.2455
Facsmilie: 714.545.2449

Attorney for Assignee of Record/ Judgment Creditor:
JUDGMENT RECOVERY ASSISTANCE, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | ) | CASE NO. 6:25-bk-10653-MH |
|---|---|---|
| ROBERT VERNON HILL JR., | ) | Chapter: 7 |
| | ) | **PROOF OF SERVICE OF DOCUMENT(s) (REQUEST FOR COPY OF DEBTOR'S TAX RETURN UNDER 11 U.S.C. §521 (e)(2)(A)(ii))** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
92 Corporate Park, Suite C220
Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): Request for Copy of Debtor's Tax Return under 11 U.S.C. §521(e)(2)(A)(ii)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/11/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Lynda T. Bui (TR)
trustee.bui@shulmanbastian.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/11/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Robert Vernon Hill Jr.
81655 Thunder Gulch Way
La Quinta, CA 92253-8173

Julie J. Villalobos, Esq
Oaktree Law
3355 Cerritos Ave
Los Alamitos, CA 90720-2105

Lynda T. Bui (TR)
3550 Vine Street, Suite 210
Riverside, CA 92507

United States Trustee (RS)
Office of The United States Trustee
3801 University Ave, Suite 720
Riverside, CA 92501

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/11/2025 | Sarah Lee | /s/ Sarah Lee |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE