# Exhibit A

# LEASE AGREEMENT
## WITH ARBITRATION PROVISION

03/05/25 BUICK GMC

| Lessee Name and Business Address | Co-Lessee Name and Address |
|---|---|

ALLEN OLDSMOBILE CADILLAC INC
28332 CAMINO CAPISTRANO
LAGUNA NIGUEL CA 92677

ROBERT V HILL JR
81655 TOPAZ GULCH WAY
LA QUINTA CA 92253

County: RIVERSIDE

| Lessee Billing Address (if different than above) | Vehicle Garaging Address (if different than above) |
|---|---|
| N/A | N/A |
| | Principal Driver: N/A |
| | (if business use) |

In this Lease, "you" and "your" mean the Lessee and co-lessee. "We", "us" and "our" mean the lessor, and any assignee of this Lease. The terms, conditions, and disclosures in this Lease govern your Lease with us. Each of you who signs the Lease is jointly and severally liable to us for all Lease obligations. You are leasing the Vehicle described below (the "Vehicle") from us. You agree to pay all amounts due under the Lease and fulfill all your obligations under the Lease. The Consumer Leasing Act Disclosures shown below are also terms of this Lease. You are leasing the Vehicle and have no ownership rights in the Vehicle unless you exercise your purchase option.

Single Payment Lease: If your payment schedule shows a single scheduled payment in item 3B, your lease is a single payment lease.

| New/Used | Year | Make | Body Style | Model | Vehicle ID # | Odometer | Primary Use |
|---|---|---|---|---|---|---|---|
| NEW | 2021 | GMC | | YUKON | | | |

## CONSUMER LEASING ACT DISCLOSURES

| 1. The Vehicle | | | |
|---|---|---|---|

| 2. Amount Due at Lease Signing or Delivery | 3. Scheduled Payments | 4. Other Charges (not part of your scheduled payment) | 5. Total of Payments (The amount you will have paid by the end of the Lease) |
|---|---|---|---|
| (itemized in item 6) | | | |
| $7000.00 | A. Your first monthly payment of $1849.40 is due on 09/29/20 | a. Disposition fee (if you do not purchase the Vehicle and we do not waive the fee under item 23B) | $72224.00 |
| | B. followed by 35 payments of $1849.40 due on the 1st of each month. | | |
| | C. The Total of your Scheduled Payments is $66578.40 | | |

## 6. Itemization of Amount Due at Lease Signing or Delivery

| A. Amount Due at Lease Signing or Delivery | | B. How the Amount Due at Lease Signing or Delivery will be paid: | |
|---|---|---|---|
| 1. Capitalized cost reduction | $3863.37 | 1. Net trade-in allowance | $N/A |
| 2. Taxes on capitalized cost reduction | $338.04 | | |
| 3. First monthly payment | $1849.40 | 2. Rebates and noncash credits | $N/A |
| 4. Single scheduled payment | $N/A | | |
| 5. Refundable security deposit | $N/A | 3. Amount to be paid in cash | $7000.00 |
| 6. Lease acquisition fee | $948.00 | | |
| 7. Vehicle license fees | $N/A | 4. Other | $N/A |
| 8. Registration, transfer, and titling fees | $7.44 | | |
| 9. Sales/use tax | $85.00 | 5. Total | $7000.00 |
| 10. Document processing charge (not a governmental fee) | $85.00 | | |
| 11. Electronic vehicle registration or transfer charge (not a governmental fee) | $N/A | | |
| 12. California tire fee | $8.75 | | |
| 13. Other | $N/A | | |
| 14. Other | $N/A | | |
| 15. Total | $7000.00 | | |

## 7. Your scheduled payment is determined as shown below:

| A. Gross capitalized cost. The agreed upon value of the Vehicle ($82150.00) and any items you pay over the Lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance). | $97227.78 |
|---|---|
| B. Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash you pay that reduces the gross capitalized cost. | $3863.37 |
| C. Adjusted capitalized cost. The amount used in calculating your base scheduled payment. | = $93364.41 |
| D. Residual value. The value of the Vehicle at the end of the Lease used in calculating your base scheduled payment. | $48408.50 |
| E. Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease term. | = $44855.91 |
| F. Rent charge. The amount added in addition to the depreciation and any amortized amounts. | + $16798.73 |
| G. Total of base scheduled payments. The depreciation and any amortized amounts plus the rent charge. | = $61634.64 |
| H. Lease payments. The number of payments in your Lease. | ÷ 36 |
| I. Base scheduled payment. | = $1713.74 |
| J. Sales/use tax (e). | + $135.66 |
| K. Other. | + $N/A |
| L. Total scheduled payment. | = $1849.40 |

**Early Termination. You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.**

8. Excessive Wear and Use. You may be charged for excessive wear based on our standards for normal use and for mileage in excess of 10000 miles per year at the rate of $ 0.20 per mile.

9. Purchase Option at End of Lease Term. You have an option to purchase the Vehicle at the end of the Lease term for $48408.50 plus a purchase option fee of $ _____. The purchase option price does not include official fees such as those for taxes, tags, licenses and registration.

10. Other Important Terms. See your Lease documents for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

## 11. Itemization of Gross Capitalized Cost

| A. Agreed upon value of the Vehicle as equipped at Lease signing | $82150.00 | G. Document processing charge (not a governmental fee) | $N/A |
|---|---|---|---|
| B. Agreed upon value of each accessory and item of optional equipment we agree to add to the Vehicle after Lease signing (describe) | | H. Electronic vehicle registration or transfer charge (not a governmental fee) | $30.00 |
| | | I. California tire fee | $N/A |
| | | J. Prior Credit or Lease Balance | $5814.78 |
| | | Optional Products and Services: | |
| C. Vehicle license fees | $N/A | K. PPMPLUS - NORMAL SCHEDULE 2 | $2450.00 |
| D. Taxes | $N/A | L. SERVICE TERM CARE SELECT IND | $1931.00 |
| E. Registration, transfer, and titling fees | $N/A | M. ECKBOND | $1950.00 |
| F. Lease acquisition fee | $698.00 | N. THEFT PATROL+ CTP | $639.00 |
| F. Sales/use tax | $N/A | O. XS WEAR & YEAR | $1500.00 |
| | | P. N/A | $N/A |
| | | Q. Total Gross Capitalized Cost | $97227.78 |

| Year | $N/A | A. Agreed Upon Value of Trade-in | $N/A |
|---|---|---|---|
| Make | N/A | B. Prior Credit or Lease Balance | $N/A |
| Model | N/A | C. Net Trade-In Allowance (if less than 0 see item 6) | $N/A |

## IF YOU DO NOT MEET YOUR OBLIGATIONS UNDER THIS LEASE, WE MAY RETAKE THE VEHICLE.

You are not required to buy any of the following optional products and services to enter into this Lease. The term of any product or service will be the Lease term, unless a different term is shown below. If you decide you want to purchase an optional product or service, review the terms of the contract that describe the product or service before you initial below. A completed copy of the contract will be given to you as soon as practicable. By initialing below, you indicate that you want to buy the optional products and services indicated. If the total cost shown below is not shown as part of the Itemization of Amount Due at Lease Signing or Delivery (item 6), it has been added to the Gross Capitalized Cost (item 7A).

| Optional Product and Service | Term Months | Coverage Miles | Price | Name of Provider | |
|---|---|---|---|---|---|
| PPMPLUS - NORMAL SCHEDU | 36 MONTHS | 36000 MILES | 2450.00 | | Lessee Initials |
| SERVICE TERM CARE SELEC | 36 MONTHS | 36000 MILES | 1931.00 | FIDELITY WARRANTY SERVICES | Lessee Initials |
| XS WEAR & TEAR | 36 MONTHS | 36000 MILES | 1500.00 | XS WEAR | Lessee Initials |
| ECKBOND | 60 MONTHS | | 1950.00 | ECKBOND | Lessee Initials |

## 18. TYPES AND AMOUNTS OF REQUIRED INSURANCE COVERAGE

You must maintain: Bodily Injury Coverage with $ 100,000 / $ 300,000 limits; Property Damage Coverage with $ 50,000 / $ 500,000 limits or combined single limit Collision, Fire, Theft, and Comprehensive Coverage with a maximum deductible of $ 1,000. See item 21(a) for additional insurance provisions. You confirm that insurance policies that meet the requirements of this Lease are in force on the date of this Lease as follows:

| Insurance Company Name AAA | Insurance Agency Name AAA |
|---|---|
| Agency Address PO BOX 25449 | Insurance Agency Phone (800)672-5246 |
| Agent's Name AAA | Policy Number CAA |
| Deductibles: Collision $ | Comprehensive $ |

YOU AGREE TO THE TERMS OF THIS LEASE. YOU ACKNOWLEDGE THAT YOU HAVE RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED THIS LEASE.

## LESSEE SIGNATURES

| Lessee Signature | Date 05/29/20 | Co-Lessee Signature | Date N/A |
|---|---|---|---|
| Type/Print Lessee Name ROBERT V HILL JR | | Type/Print Co-Lessee Name N/A | |

### COMMERCIAL LESSEE SIGNATURE

| Commercial Lessee Signature | Date N/A | By N/A |
|---|---|---|
| Type/Print Name N/A | | |

### LESSOR'S ACCEPTANCE

The Lessor's authorized signature indicates the Lessor accepts the terms and obligations of this Lease.

| Lessor's Business Name ALLEN OLDSMOBILE CADILLAC INC | Signature ALEX HARDUF |
|---|---|
| Lienholder Name: WELLSFRGO AS CTL AGT | Type/Print Title FINANCE MANAGER |
| Assignee Name: ACAR Leasing Ltd. | |

FORM NO. GMF-UCL-CA rev. v3a

LESSOR COPY

## 21. DEFAULT, REPOSSESSION AND OTHER REMEDIES

## 22. EARLY TERMINATION LIABILITY

**When the Lease Can End Early.**

**Early Termination Liability.**

**Monthly Payment Lease.**

**Single Payment Lease.**

**Definition of Adjusted Lease Balance:**

**Monthly Payment Lease.**

**Single Payment Lease.**

## 23. CREDITS, REPAIRS AND CONDITIONS

**NOTICE: PARTIAL DAMAGE OR LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE TO OTHERS MAY BE REQUIRED BY LAW.**

## 24. ARBITRATION PROVISION

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**
1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

## 25. LESSOR'S ASSIGNMENT

## 26. Security Deposit.

## 27. Return of the Vehicle.

Form No. GMF-UCL-CA 1/20