# Exhibit B

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE PRINT NEATLY FOLLOWING INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL — PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov

A. NEW OWNER'S LAST NAME (OR COMPANY NAME)     FIRST
B. NEW OWNER'S ADDRESS                          APT NUMBER    C. ODOMETER READING (NO TENTHS)
  CITY                                 STATE    ZIP CODE      E. DATE OF SALE OR LEASE RETURN
                                                                 MO   DAY   YR
F. SELLER'S OR LESSEE'S LAST NAME (OR COMPANY NAME)  FIRST     G. SELLING PRICE (NO CENTS)
                                                                  WHOLE DOLLARS
H. SELLER'S OR LESSEE'S ADDRESS                 APT NUMBER    I. SELLER'S OR LESSEE'S SIGNATURE
                                                              X
J. CITY                               STATE    ZIP CODE

VEHICLE ID NUMBER                              YR  MODEL  MAKE        PLATE NUMBER
1GKS2DKL1MR130005                              2021  GMC

---

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

VEHICLE HISTORY

**AUTOMOBILE**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| 1GKS2DKL1MR130005 | 2021 | GMC | |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| UT | | | G | | NONE | 10/02/2021 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2020 | WY | | 00 | | 04/05/21 |

MOTORCYCLE ENGINE NUMBER         ODOMETER DATE    ODOMETER READING
                                 09/29/2020       25 MI
                                 ACTUAL MILEAGE

REGISTERED OWNER(S)
ACAR LEASING LTD LSR
HILL ROBERT V JR LSE
81655 THUNDER GULCH WAY
LA QUINTA CA 92253

-----

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ DATE _____ X _____ SIGNATURE OF REGISTERED OWNER

1b. _____ DATE _____ X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐,☐☐☐ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

WELLS FARGO AS CTL AGENT
PO BX 9000
LUTHERVILLE
MD 21094

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA

REG. 17.30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

**IMPORTANT NOTICE — DO NOT DETACH UNTIL SOLD**

COMPLETE THIS FORM ONLINE AT dmv.ca.gov AND PRINT A RECEIPT FOR YOUR RECORDS.
IF YOU MAIL THIS FORM, KEEP A COPY FOR YOUR RECORDS.

You are required by law to notify the Department of Motor Vehicles within five (5) days from the date you sell or otherwise dispose of a vehicle. This form is provided for use in reporting the sale or transfer to the Department, and does not constitute application for transfer of ownership (title). *This form is to be used ONLY for the vehicle described on the attached title.*

When this form is properly completed and the information is recorded by DMV (see WARNING below), liability for parking and/or traffic violations and civil litigation resulting from operation after the date of sale becomes the responsibility of the subsequent purchaser(s).

**WARNING:** If you provide incomplete, inaccurate or unclear information, the information shall not be updated or retained.

TO REMOVE YOUR NAME FROM DMV'S RECORDS, THE NEW OWNER MUST APPLY FOR TRANSFER USING THE ENDORSED CERTIFICATE OF TITLE (OWNERSHIP) RECEIVED FROM YOU.

**INSTRUCTIONS FOR COMPLETING NOTICE OF TRANSFER AND RELEASE OF LIABILITY**

(A) Print name of new owner.
(B) Print new owner's address.
(C) Enter odometer reading at the time of sale (motor vehicles only).
(D) Print new owner's city, state, and ZIP code.
(E) Enter date you sold or transferred the described vehicle.
(F) Print your name.
(G) Enter selling price (in whole dollars-no cents). If vehicle is a gift, enter "0".
(H) Print your address.
(I) Sign your name where designated.
(J) Print your city, state and ZIP code.

FILE ONLINE, OR MAIL THIS COMPLETED NOTICE TO:

DEPARTMENT OF MOTOR VEHICLES
P.O. BOX 942859
SACRAMENTO, CA 94259-0001

## APPLICATION FOR TRANSFER BY NEW OWNER  *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND / ☐ OR  (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE

9b. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT SO STATE

**LEASED VEH. ONLY** — 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER — FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE  ELECTRONIC LIENHOLDER ID  ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY — STATE — ZIP CODE

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked **WARNING** - Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER | R/S NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE | DATE OF AUCTION | AUCTION NAME | DEALER NUMBER

15. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked **WARNING** - Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER | R/S NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked **WARNING** - Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER | R/S NUMBER

DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER