# Exhibit C

| Effective Date | Process Date | Tran Code | Description | Total | Check Nbr | Origin | Due Date | DPD |
|---|---|---|---|---|---|---|---|---|
| 04/29/2024 | 04/29/2024 | 5241 | DECR CURR UNERN | 933.80 | | 23MU | | |
| 04/29/2024 | 04/29/2024 | 5241 | DECR CURR UNERN | 3,863.37 | | 23MU | | |
| 04/29/2024 | 04/29/2024 | 7633 | REC ACCUM COFF | 933.80 | | ACRB | | |
| 04/29/2024 | 04/29/2024 | 7653 | SHFT BAL - COFF | 933.80 | | ACRB | | |
| 04/29/2024 | 04/29/2024 | 7633 | REC ACCUM COFF | 3,863.37 | | ACRB | | |
| 04/29/2024 | 04/29/2024 | 7653 | SHFT BAL - COFF | 3,863.37 | | ACRB | | |
| 04/29/2024 | 04/29/2024 | 5241 | DECR CURR UNERN | 1,227.80 | | 23MU | | |
| 04/29/2024 | 04/29/2024 | 5241 | DECR CURR UNERN | 44,200.91 | | 23MU | | |
| 04/29/2024 | 04/29/2024 | 7633 | REC ACCUM COFF | 1,227.80 | | ACAJ | | |
| 04/29/2024 | 04/29/2024 | 7086 | REBATE CREDIT | 44,200.91 | | DEPR | | |
| 04/29/2024 | 04/29/2024 | 7032 | REDUCE DEPR | 44,200.91 | | DEPR | | |
| 04/29/2024 | 04/29/2024 | 7083 | CHARGEOFF | 50,586.20 | | <AJ1 | | |
| 01/31/2024 | 01/31/2024 | 8080 | REGULAR PAYMENT | 1,472.81 | | WPAP | 10/01/2023 | 121 |
| 11/13/2023 | 11/13/2023 | 8080 | REGULAR PAYMENT | 1,980.00 | | WWDP | 09/01/2023 | 72 |
| 11/01/2023 | 01/09/2024 | 7024 | EARN TAX | 148.26 | | FE01 | | |
| 11/01/2023 | 01/09/2024 | 7011 | NON CON RENT | 1,694.44 | | AAB6 | | |
| 10/18/2023 | 10/23/2023 | 9080 | REG PYMT REV | 1,874.40 | | WMAR | 09/01/2023 | 46 |
| 10/18/2023 | 10/18/2023 | 8080 | REGULAR PAYMENT | 1,874.40 | | WMAP | 09/01/2023 | 46 |
| 10/17/2023 | 10/23/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 10/01/2023 | 10/23/2023 | 7024 | EARN TAX | 133.97 | | BL10 | | |
| 09/30/2023 | 10/12/2023 | 7163 | INCR ORIG UNERN | 1,694.44 | | EX03 | | |
| 09/17/2023 | 10/12/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 08/10/2023 | 08/10/2023 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 08/10/2023 | 08/10/2023 | 8080 | REGULAR PAYMENT | 1,849.40 | | WMAP | 08/01/2023 | 8 |
| 07/22/2023 | 07/23/2023 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 07/22/2023 | 07/23/2023 | 8080 | REGULAR PAYMENT | 1,874.40 | | WMAP | 07/01/2023 | 20 |
| 07/17/2023 | 07/23/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 06/28/2023 | 06/28/2023 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 06/28/2023 | 06/28/2023 | 8080 | REGULAR PAYMENT | 1,213.93 | | WMAP | 06/01/2023 | 26 |
| 06/17/2023 | 06/17/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 06/10/2023 | 06/11/2023 | 8080 | REGULAR PAYMENT | 2,534.87 | | WMAP | 05/01/2023 | 39 |
| 06/01/2023 | 06/11/2023 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 05/17/2023 | 05/17/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 04/29/2023 | 04/30/2023 | 7024 | EARN TAX | 135.66 | | PMTU | | |

| Effective Date | Process Date | Tran Code | Description | Total | Check Nbr | Origin | Due Date | DPD |
|---|---|---|---|---|---|---|---|---|
| 04/29/2023 | 04/30/2023 | 8080 | REGULAR PAYMENT | 1,874.40 | | WMAP | 04/01/2023 | 27 |
| 04/17/2023 | 04/30/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 04/01/2023 | 04/30/2023 | 7024 | EARN TAX | 10.66 | | BL10 | | |
| 03/24/2023 | 03/24/2023 | 7024 | EARN TAX | 125.00 | | PMTU | | |
| 03/24/2023 | 03/24/2023 | 8080 | REGULAR PAYMENT | 1,642.54 | | WMAP | 03/01/2023 | 22 |
| 03/17/2023 | 03/17/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 03/07/2023 | 03/07/2023 | 8080 | REGULAR PAYMENT | 2,106.26 | | WMAP | 02/01/2023 | 33 |
| 03/01/2023 | 03/01/2023 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 02/17/2023 | 02/17/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 02/01/2023 | 02/01/2023 | 7024 | EARN TAX | 60.66 | | BL10 | | |
| 01/24/2023 | 01/24/2023 | 7024 | EARN TAX | 75.00 | | PMTU | | |
| 01/24/2023 | 01/24/2023 | 8080 | REGULAR PAYMENT | 1,774.57 | | WMAP | 01/01/2023 | 22 |
| 01/17/2023 | 01/17/2023 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 01/11/2023 | 01/11/2023 | 8080 | REGULAR PAYMENT | 1,900.00 | | WWDP | 12/01/2022 | 40 |
| 01/07/2023 | 01/11/2023 | 9080 | REG PYMT REV | 3,649.57 | | WMAR | 12/01/2022 | 36 |
| 01/07/2023 | 01/08/2023 | 8080 | REGULAR PAYMENT | 3,649.57 | | WMAP | 12/01/2022 | 36 |
| Effective Date | Process Date | Tran Code | Description | Total | Check Nbr | Origin | Due Date | DPD |
| 01/01/2023 | 01/11/2023 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 12/19/2022 | 12/19/2022 | 8080 | REGULAR PAYMENT | 1,948.63 | | WWDP | 11/01/2022 | 47 |
| 12/17/2022 | 12/17/2022 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 12/09/2022 | 12/14/2022 | 9080 | REG PYMT REV | 3,723.80 | | WMAR | 11/01/2022 | 37 |
| 12/09/2022 | 12/09/2022 | 8080 | REGULAR PAYMENT | 3,723.80 | | WMAP | 11/01/2022 | 37 |
| 12/01/2022 | 12/14/2022 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 11/30/2022 | 12/05/2022 | 9080 | REG PYMT REV | 1,874.40 | | WMAR | 11/01/2022 | 28 |
| 11/30/2022 | 11/30/2022 | 8080 | REGULAR PAYMENT | 1,874.40 | | WMAP | 11/01/2022 | 28 |
| 11/17/2022 | 12/05/2022 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 11/16/2022 | 11/21/2022 | 9080 | REG PYMT REV | 3,698.80 | | WMAR | 11/01/2022 | 14 |
| 11/16/2022 | 11/16/2022 | 8080 | REGULAR PAYMENT | 3,698.80 | | WMAP | 11/01/2022 | 14 |
| 11/01/2022 | 12/05/2022 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 10/07/2022 | 10/07/2022 | 8080 | REGULAR PAYMENT | 1,849.40 | | WMAP | 10/01/2022 | 5 |
| 10/01/2022 | 10/01/2022 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 09/15/2022 | 09/20/2022 | 9080 | REG PYMT REV | 1,849.40 | | WMAR | 10/01/2022 | 0 |
| 09/15/2022 | 09/15/2022 | 8080 | REGULAR PAYMENT | 1,849.40 | | WMAP | 10/01/2022 | 0 |
| 09/13/2022 | 09/13/2022 | 8080 | REGULAR PAYMENT | 1,849.40 | | WMAP | 09/01/2022 | 11 |

| Date 1 | Date 2 | Code | Description | Amount | | Type | Date 3 | # |
|---|---|---|---|---|---|---|---|---|
| 09/01/2022 | 09/20/2022 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 08/11/2022 | 08/11/2022 | 8080 | REGULAR PAYMENT | 1,849.40 | | WMAP | 08/01/2022 | 9 |
| 08/01/2022 | 08/01/2022 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 07/09/2022 | 07/10/2022 | 8080 | REGULAR PAYMENT | 1,444.09 | | WMAP | 07/01/2022 | 7 |
| 06/06/2022 | 06/06/2022 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 06/06/2022 | 06/06/2022 | 8080 | REGULAR PAYMENT | 1,900.25 | | WMAP | 06/01/2022 | 4 |
| 05/11/2022 | 05/11/2022 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 05/11/2022 | 05/11/2022 | 8080 | REGULAR PAYMENT | 2,050.00 | | WMAP | 05/01/2022 | 9 |
| 04/04/2022 | 04/04/2022 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 04/04/2022 | 04/04/2022 | 8080 | REGULAR PAYMENT | 2,003.26 | | WMAP | 04/01/2022 | 2 |
| 04/01/2022 | 04/01/2022 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 03/15/2022 | 03/15/2022 | 8080 | REGULAR PAYMENT | 1,849.40 | | WMAP | 03/01/2022 | 13 |
| 03/01/2022 | 03/01/2022 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 02/10/2022 | 02/10/2022 | 8080 | REGULAR PAYMENT | 1,875.00 | | WMAP | 02/01/2022 | 8 |
| 02/01/2022 | 02/01/2022 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 12/07/2021 | 12/07/2021 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 12/07/2021 | 12/07/2021 | 8080 | REGULAR PAYMENT | 3,673.20 | | WMAP | 12/01/2021 | 5 |
| 12/01/2021 | 12/06/2021 | 7024 | EARN TAX | 110.06 | | BL10 | | |
| 12/01/2021 | 12/06/2021 | 9080 | REG PYMT REV | 1,849.40 | | WMAR | 12/01/2021 | 0 |
| 12/01/2021 | 12/01/2021 | 8080 | REGULAR PAYMENT | 1,849.40 | | WMAP | 12/01/2021 | 0 |
| 10/13/2021 | 10/13/2021 | 7024 | EARN TAX | 161.26 | | PMTU | | |
| 10/13/2021 | 10/13/2021 | 8080 | REGULAR PAYMENT | 1,900.00 | | WMAP | 11/01/2021 | 0 |
| 10/13/2021 | 10/13/2021 | 8080 | REGULAR PAYMENT | 1,798.80 | | WMAP | 10/01/2021 | 11 |
| 10/07/2021 | 10/13/2021 | 9080 | REG PYMT REV | 1,900.00 | | WMAR | 10/01/2021 | 5 |
| 10/07/2021 | 10/07/2021 | 8080 | REGULAR PAYMENT | 1,900.00 | | WMAP | 10/01/2021 | 5 |
| 10/01/2021 | 10/13/2021 | 7024 | EARN TAX | 110.66 | | BL10 | | |
| 09/09/2021 | 09/09/2021 | 7024 | EARN TAX | 25.00 | | PMTU | | |
| 09/09/2021 | 09/09/2021 | 8080 | REGULAR PAYMENT | 1,849.40 | | WWDP | 09/01/2021 | 7 |
| 09/01/2021 | 09/01/2021 | 7024 | EARN TAX | 110.66 | | BL10 | | |
| 08/19/2021 | 08/19/2021 | 7024 | EARN TAX | 25.00 | | PMTU | | |
| 08/19/2021 | 08/19/2021 | 8080 | REGULAR PAYMENT | 1,723.80 | | WPAP | 08/01/2021 | 17 |
| 08/17/2021 | 08/18/2021 | 7011 | FEE ASSESSMENT | 25.00 | | | | |
| 08/13/2021 | 08/18/2021 | 9080 | REG PYMT REV | 2,150.63 | | WMAR | 08/01/2021 | 11 |

| Effective Date | Process Date | Tran Code | Description | Total | Check Nbr | Origin | Due Date | DPD |
|---|---|---|---|---|---|---|---|---|
| 08/13/2021 | 08/13/2021 | 8080 | REGULAR PAYMENT | 2,150.63 | | WMAP | 08/01/2021 | 11 |
| 07/07/2021 | 07/07/2021 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 07/07/2021 | 07/07/2021 | 8080 | REGULAR PAYMENT | 2,000.00 | | WMAP | 07/01/2021 | 5 |
| 07/01/2021 | 07/01/2021 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 05/27/2021 | 05/27/2021 | 8080 | REGULAR PAYMENT | 843.17 | | WMAP | 06/01/2021 | 0 |
| 05/25/2021 | 05/25/2021 | 8080 | REGULAR PAYMENT | 855.63 | | WMAP | 06/01/2021 | 0 |
| 05/10/2021 | 05/10/2021 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 05/10/2021 | 05/10/2021 | 8080 | REGULAR PAYMENT | 2,000.00 | | WMAP | 05/01/2021 | 8 |
| 05/01/2021 | 05/01/2021 | 7024 | EARN TAX | 135.66 | | BL10 | | |
| 03/24/2021 | 03/24/2021 | 8080 | REGULAR PAYMENT | 629.99 | | WMAP | 04/01/2021 | 0 |
| 03/19/2021 | 03/19/2021 | 8080 | REGULAR PAYMENT | 755.63 | | WMAP | 04/01/2021 | 0 |
| 03/08/2021 | 03/08/2021 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 03/08/2021 | 03/08/2021 | 8080 | REGULAR PAYMENT | 463.78 | | WMAP | 04/01/2021 | 0 |
| 02/23/2021 | 02/23/2021 | 8080 | REGULAR PAYMENT | 840.84 | | WMAP | 03/01/2021 | 0 |
| 02/12/2021 | 02/12/2021 | 8080 | REGULAR PAYMENT | 629.63 | | WMAP | 03/01/2021 | 0 |
| 02/03/2021 | 02/03/2021 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 02/03/2021 | 02/03/2021 | 8080 | REGULAR PAYMENT | 378.93 | | WMAP | 03/01/2021 | 0 |
| 01/26/2021 | 01/26/2021 | 8080 | REGULAR PAYMENT | 964.25 | | WMAP | 02/01/2021 | 0 |
| 01/16/2021 | 01/17/2021 | 8080 | REGULAR PAYMENT | 335.26 | | WMAP | 02/01/2021 | 0 |
| 01/01/2021 | 01/17/2021 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 01/01/2021 | 01/01/2021 | 8080 | REGULAR PAYMENT | 549.89 | | WMAP | 02/01/2021 | 0 |
| 12/20/2020 | 12/20/2020 | 8080 | REGULAR PAYMENT | 590.47 | | WMAP | 01/01/2021 | 0 |
| 12/15/2020 | 12/15/2020 | 8080 | REGULAR PAYMENT | 593.67 | | WMAP | 01/01/2021 | 0 |
| 12/04/2020 | 12/04/2020 | 7024 | EARN TAX | 135.66 | | PMTU | | |
| 12/04/2020 | 12/04/2020 | 8080 | REGULAR PAYMENT | 665.26 | | WMAP | 01/01/2021 | 0 |
| 11/24/2020 | 11/24/2020 | 8080 | REGULAR PAYMENT | 705.38 | | WMAP | 12/01/2020 | 0 |
| 11/03/2020 | 11/03/2020 | 8080 | REGULAR PAYMENT | 993.42 | | WMAP | 12/01/2020 | 0 |
| 10/17/2020 | 11/23/2020 | 7024 | EARN TAX | 271.32 | | PMTU | | |
| 10/17/2020 | 10/18/2020 | 8080 | REGULAR PAYMENT | 2,000.00 | | WMAP | 11/01/2020 | 0 |
| 09/29/2020 | 11/23/2020 | 7039 | ADD UNEARNED | 933.80 | | | | |
| 09/29/2020 | 10/05/2020 | 7100 | FRST PMT TX ERN | 135.66 | | AV01 | | |
| 09/29/2020 | 10/05/2020 | 7182 | FIRST LEASE PMT | 1,849.40 | | AV01 | 10/01/2020 | 0 |
| 09/29/2020 | 10/05/2020 | 7201 | LEASE FUNDING | 90,820.01 | | NBB1 | | |