# Exhibit D

# J.D. POWER

2/7/2025

## J.D. POWER Used Cars/Trucks

GM Financial - BK Dept

4000 Embarcadero
Arlington, TX 76014
8175256233
Phillip.ford@gmfinancial.com

## Vehicle Information

| | |
|---|---|
| **Vehicle:** | 2021 GMC Yukon Utility 4D Denali 4WD 6.2L V8 |
| **Region:** | California |
| **Period:** | February 7, 2025 |
| **VIN:** | 1GKS2DKL1MR130005 |
| **Mileage:** | 57,500 |
| **Base MSRP:** | $71,400 |
| **Typically Equipped MSRP:** | $82,390 |
| **Weight:** | 5,827 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $52,475 | N/A | $375 | **$52,850** |
| Average Trade-In | $54,500 | N/A | $375 | **$54,875** |
| Clean Trade-In | $56,150 | N/A | $375 | **$56,525** |
| | | | | |
| Clean Loan | $50,550 | N/A | $375 | **$50,925** |
| Clean Retail | $60,000 | N/A | $425 | **$60,425** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Navigation System | w/body | w/body |
| Rear Entertainment System [VIN Precision+] | $375 | $425 |
| Power Running Boards | w/body | w/body |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power