PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

**FILED & ENTERED**

**SEP 11 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

In re:

ROBERT VERNON HILL, JR.,

Debtor.

Case No. 6:25-bk-10653-RB

Hon. Magdalena Reyes Bordeaux

Chapter 7

**ORDER APPROVING STIPULATION BETWEEN UNITED STATES TRUSTEE AND DEBTOR TO EXTEND DISMISSAL AND DISCHARGE DEADLINES PURSUANT TO 11 U.S.C. §§ 707 & 727 & FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017 & 4004**

[No Hearing Required]

The court reviewed the Stipulation Between United States Trustee and Debtor to Extend Dismissal and Discharge Deadlines Pursuant to 11 U.S.C. §§ 707 & 727 & Federal Rules of Bankruptcy Procedure 1017 & 4004 ("Stipulation"), filed as docket number 79 on September 9, 2025, by Peter C. Anderson, the United States Trustee for the Central District of California, Region 16 ("U.S. Trustee"). Based upon the Stipulation and good cause appearing therefor,

-1-

1     **IT IS HEREBY ORDERED** that Stipulation is approved and the deadline for the U.S. Trustee to file a motion to dismiss under 11 U.S.C. § 707(b) or to object to discharge under 11 U.S.C. § 727 is extended to November 14, 2025.

###

Date: September 11, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-